IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
PETER GRAVES,                      )
                                   )    2:11-cv-01851-GEB-GGH
              Plaintiff,           )
                                   )
         v.                        )    ORDER DENYING MOTION FOR
                                   )    TEMPORARY RESTRAINING ORDER
KEVIN JOHNSON, CITY OF             )
SACRAMENTO, GREYHOUND, INC., and   )
DAVID LEACH,                       )
                                   )
              Defendants.          )
_____)
```

Pro se Plaintiff filed a conclusory motion for a Temporary Restraining Order on July 14, 2011, which lacks the necessary showing to justify the relief he seeks. Alliance for the Wild Rockies v. Cottrell, 632 F.3d 1127, 1135 (9th Cir. 2011) (stating that an injunction is an extraordinary remedy and to obtain an injunction the movants must establish a likelihood of success on the merits, that they are likely to suffer irreparable harm in the absence of injunctive relief, that the balance of equities tips in their favor, and in certain instances that an injunction is in the public interest). Therefore, Plaintiff's motion is DENIED.

Dated: July 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge