IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
PETER GRAVES,                      )
                                   )   2:11-cv-01851-GEB-GGH
          Plaintiff,               )
                                   )
     v.                            )   ORDER DENYING MOTION FOR
                                   )   RECONSIDERATION
KEVIN JOHNSON, CITY OF             )
SACRAMENTO, GREYHOUND, INC., and   )
DAVID LEACH,                       )
                                   )
          Defendants.              )
_____   )
```

Plaintiff's motion for reconsideration of the Court's July 15, 2011 Order denying Plaintiff's motion for a temporary restraining order is DENIED. See Fed.R.Civ.Proc. 60(b).

Dated: July 19, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1