IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GRAVES,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KEVIN JOHNSON, CITY OF SACRAMENTO, GREYHOUND, INC., and DAVID LEACH,<br><br>　　　　　Defendants. | 2:11-cv-01851-GEB-GGH<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

　　　Plaintiff's July 22, 2011 motion for reconsideration of the Court's July 20, 2011 Order, which denied an earlier motion for reconsideration, is DENIED.

　　　Further, Plaintiff is cautioned not to file another successive motion for reconsideration of the ruling on his motion for a Temporary Restraining Order, as it will not be considered and may subject Plaintiff to sanctions as a frivolous filing under Federal Rule of Civil Procedure 11.

Dated:  July 22, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge

1